UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE MICHAEL CLEMENT CORP.,

          Debtor.

No. C 10-1028 PJH/ 10-1030 PJH
Bankr. Case No.  09-43502 LT

**ORDER FOR CONSOLIDATED BRIEFING**

_____/

On March 10, 2010, the clerk's office of this court issued a notice of briefing in both cases C 10-1028 PJH and 10-1030 PJH.  However, because the appeals are overlapping and involve the same parties and issues,[1] the court VACATES the clerk's notice in both cases, and sets forth a consolidated briefing schedule below based on the court's May 26, 2010 receipt of the record in the latter-filed case.

Appellants must file and serve **one** brief not exceeding 25 pages in length by **June 23, 2010.** The appellees must file and serve **one** opposition brief not exceeding 25 pages in length within **twenty-one days** of service of appellant's brief.  The appellants must file and serve **one** reply brief not exceeding 15 pages in length within **fourteen days** of service of appellees' brief.  The matter will be decided on the papers.

**IT IS SO ORDERED.**

Dated: June 4, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge

---

[1] The court notes that in the earlier filed case, appellants, the Allegres, appeal the bankruptcy court's order denying their motion for an order deeming a lease rejected, and in the latter-filed case, the Allegres appeal the bankruptcy court's order denying their motion for reconsideration of its prior order.