United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re MICHAEL H. CLEMENT CORP.,
a California corporation,

        Debtor.
_____/

FRANK C. ALEGRE, FRANK C. ALEGRE, SR. AND HELEN C. ALEGRE, as Trustees of the FRANK C. ALEGRE AND HELEN C. ALEGRE REVOCABLE TRUST,

        Appellants and Cross-Appellees,

    v.

MICHAEL H. CLEMENT CORP.,

        Appellee and Cross-Appellant.
_____/

No. C 10-1028 PJH/10-1030 PJH
Bankr. Case No.  09-43502 LT

**JUDGMENT**

    Pursuant to the order affirming the bankruptcy court's decisions signed today, the above appeals are DISMISSED.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 25, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge